

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00251-CR

**DEMETRIUS RASHAD GREER,**

                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                              **Appellee**

---

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2017-874-C1**

---

## MEMORANDUM OPINION

---

On July 9, 2018 Demetrius Greer filed a notice of appeal attempting to appeal his conviction for assault family violence entered on April 30, 2018. The certificate of right to appeal indicated that it was a plea bargain case and that Greer waived his right to appeal. We dismissed that appeal, Cause No. 10-18-00222-CR, on July 18, 2018. *See* TEX. R. APP. P. 25.2(d).

On July 25, 2018, Greer filed an "Amended Notice of Appeal" in which he attempts to appeal the trial court's July 6 order denying his motion for new trial. The amended notice of appeal gave rise to this proceeding. The right of appeal in criminal cases is conferred by the Legislature, and a party may appeal only from judgments of conviction or interlocutory orders authorized as appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); TEX. R. APP. P. 25.2(a)(2); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). In this case, Greer does not appeal from a judgment of conviction or an appealable interlocutory order. *See, e.g., Mack v. State*, No. 10-17-00383-CR, __ S.W.3d __, 2017 Tex. App. LEXIS 11326 (Tex. App.—Waco Dec. 6, 2017, pet. ref'd). Accordingly, this appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 26, 2018
Do not publish
[CR25]

